IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO., LTD.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MOTOROLA, INC., MOTOROLA SOLUTIONS, INC., MOTOROLA MOBILITY HOLDINGS, INC., NOKIA SIEMENS NETWORKS US, LLC** AND **NOKIA SIEMENS NETWORKS B.V.**<br><br>**Defendants** | Case No.: 1:11-cv-00497<br><br>Hon. Sharon Johnson Coleman |

## ORDER TO DISMISS COMPLAINT

This matter coming before the Court on the parties' AGREED MOTION TO DISMISS COMPLAINT, it is hereby ordered:

1. The Complaint filed on January 24, 2011 (Doc. No. 1) is dismissed with prejudice, each party to bear its own attorneys' fees and costs in this matter.

**SO ORDERED:**

Dated: __April 20, 2011__

_____
Hon. Judge Sharon Johnson Coleman